11 F.3d 169
 Wu (Dr. Kathleen Johnson, Dr. Hsiu-Kwan)
v.
Thomas (Joab), University of Alabama Board of Trustees,
Sayers (Roger E.), President of University of Alabama, Peck
(Dr. Richard), Hocutt (Max), Chairperson of Department of
Philosophy of University of Alabama, Formby (Dr. John),
Yarbrough (Dr. James), Dean of College of Arts and Sciences
of University of Alabama, Taaffe (Dr. James G.), Academic
Vice President, Helms (Dr. Billy), Head of Department of
Finance, Economics, Legal Studies
 NO. 91-7538
 United States Court of Appeals,
Eleventh Circuit.
 Dec 10, 1993
 N.D.Ala., 996 F.2d 271
 
 1
 DENIALS OF REHEARING EN BANC.